<u>NO. 22-56121 consolidated with NO. 22-56143</u>

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

LARRY GRANT AND P.C.,

Plaintiffs-Appellants,

v.

CITY OF LONG BEACH, et al.,

Defendants-Appellees.

---

On Appeal from the United States District Court for the Central

District of California, Case No. 2:21−cv−06666−JVS−JEM

The Honorable James V. Selna, United States District Judge

---

**APPELLANTS' MOTION TO FILE A LATE OPENING BRIEF
AND DECLARATION OF ANGELA SWAN**

---

Angela Swan,

Attorney for Plaintiffs-Appellants

THE LAW OFFICES OF ANGELA SWAN, APC

21151 South Western Avenue, Suite 177

Torrance, California 90501

Telephone:  (310)755-2515

Facsimile:  (310)848-0349

aswan@angelaswanlaw.com

## I.  **Introduction**

Appellants request relief from their counsel's failure to timely file their Opening Brief in this matter.  The brief was filed late–about five court days late–due to serious medical problems, causing their counsel's absence from work.  [**Exhibit 1**]

Although, Appellants' counsel was ill, she still believed that she could complete it by the deadline.  She expected to meet the midnight deadline for filing on June 26, 2023 with the support of her staff, which is why she did not request an additional extension.

However, being the first time ever filing a brief with the 9th Circuit Court of Appeals and after a thorough review of the completed Appellants' Opening Brief, Appellants' counsel found that there were many procedural errors and she worked diligently, while ill, to correct the problem before filing, which took a total of about 5 court days to correct.

Permission to file a late Brief is warranted here so that Appellants are not penalized for their counsel's excusable neglect.  Moreover, Appellees will suffer no prejudice if the court grant Appellants' relief.

Appellants have not materially changed their position as a result of the judgment that is on appeal. And, while the filing was delayed, it probably will not affect Respondents' ability to timely file their brief in opposition under their current deadline. Appellants are more than willing to stipulate to any necessary extension of time that Respondents might request to ameliorate any actual or perceived prejudice.

Thus, relief should be granted to Appellants, this appeal should go forward.

## II.    **Summary of Relevant Facts**

This is an appeal of a judgment in favor of Respondents that was entered after they moved for a Summary Judgment.  Appellants timely filed a notice of appeal and their due dates for their opening briefs were originally set for January 30, 2023, and January 31, 2023.

January 27, 2023, Appellant Larry Grant obtained an "automatic" extension of 30-days to file his brief and January 30, 2023, P.C. obtained an "automatic extension of 30-days to file her brief. The new deadlines were set for March 1, 2023 and March 2, 2023.

February 22, 2023 Appellant Larry Grant filed a Motion to extend time to file an Opening Brief until April 24, 2023 and February 23, 2023, P.C. filed a Motion to extend time to file an Opening Brief until April 25, 2023.

February 23, 2023, Appellant Larry Grant filed a Motion to Consolidate Case Nos. 22-56121 and 22-56143.  February 27, 2023, Appellant Larry Grant's unopposed Motion to Consolidate and Motion to Extend time to file an Opening Brief were granted.

February 24, 2023, Appellant P.C.'s Motion to extend time to file an Opening Brief was granted.

April 20, 2023, Appellants filed another request for extension, until June 26, 2023, to file an Opening Brief.  At this time, it was due to Appellants' counsel's mother's very ill in intensive care.  April 26, 2023,

Appellants' unopposed Motion to extend time to file an Opening Brief was granted.

June 26, 2023, Appellants' counsel found procedural errors that had to be corrected before filing, which took a total of about 5 court days to correct.

June 29, 2023 Appellants filed Excerpts of Record. Court replaced entry on July 3, 2023. June 29, 2023, Appellants filed their consolidated Opening Brief; a corrected brief was submitted July 5, 2023.

## III. Relief Should Be Granted To Avoid Prejudice to Appellants And To Permit The Appeal to Be Heard On The Merits

Although an appeal maybe dismissed, pursuant to Federal Rule of Appellate Procedure 31(c) and Circuit Rule 31- 2.3, for failure to timely file an Appellants' Opening Brief, that result is not mandatory. An appellant may obtain relief from such a failure even after its deadline passes. Specifically, this court can "extend the time prescribed by these rules…or may permit an act to be done after that time expires," provided that "good cause" is shown for the requested relief. F.R.A.P. 26(b). "'Good cause' is a non-rigorous standard that had been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). And, it certainly exists here.

*Ahanchian* is the most instructive case as to when good cause exists for a court to excuse a late filing, even though it was decided under the analogous rules set out in the Federal Rules of Civil

Procedure (rather than the Federal Rules of Appellate Procedure). In that case, a party was faced with a short deadline to oppose a motion for summary judgment. He applied exparte for an extension of time, but that motion was denied. Then, he was apparently confused about the date that his opposition was due and so filed it a few days after the actual deadline. When the equitable test should have been applied to the request, the factors that should have been employed were: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact upon the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *Id*. At 1261. The Court of Appeals applied these guidelines and found that relief was warranted.

The Court of Appeals began by noting that the governing statute was "remedial in nature and must be liberally construed." *Id*. It then went on to apply the various factors. Of paramount importance, it found that the opposing party would not have been prejudiced if the application for relief had been granted because any such prejudice could be ameliorated by allowing additional time for that party's responsive papers. Then, it noted that the length of the delay pointed in favor or relief since "[it] was a mere three days." *Id*. Applying the third factor, it found that while "a failure to apply a clear local rule may be a weak justification," it was sufficient to point towards relief. *Id*. Finally, it found no bad faith involved and even stated "[w]e have found good faith in situations where attorneys acted far less diligently and conscientiously." *Id*..

The rules set out in *Ahanchian* apply with even more force here. Respondents will not be prejudiced by the court's acceptance of Appellants' Opening Brief. All that will happen is that the appeal will be decided on the merits, which is the desired outcome for all concerned. And, even if there were such prejudice, it can be ameliorated by allowing Respondents their own extension of time. The length of delay here was minimal, amounting about 5-days total. And, there can be no question of counsel's mistakes and his good faith. Accordingly, relief should be granted.

## IV.  Conclusion

For all the above reasons, the court should grant relief and consider Appellants' late-filed Opening Brief. Appellants' counsel was very ill and Appellants should not be punished, for that, particularly where there can be no prejudice to Respondents, at least, where any negative affects to them can be remedied by granting them additional time to file their responsive brief. Then, it should proceed to consider the appeal on its merits.

Dated:  July 6, 2023

Angela Swan, Esq.
Attorney to Appellants

## DECLARATION OF ANGELA SWAN

I, Angela Swan, declare as follows:

1.  I am an attorney at law duly licensed to practice before the bar of this court and am counsel of record here for each of the named Appellants.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently thereto under oath.

2.  This is an appeal of a judgment entered against Appellants after Appellees prevailed on a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedures 56.

3.  I am the attorney that is responsible for drafting and filing Appellants' Opening Brief in this matter.

4.  Appellants request relief from as a result of my failure to timely file their Opening Brief in this matter.  The brief was filed late–about five court days late–due to me having serious medical problems, causing me to be absent from work.  [**Exhibit 1**]

5.  Although, I was very ill, I still believed that I could meet the deadline with the assistance of support staff, which is why I did not request an additional extension.

6.  However, being that this is my first time filing a brief with the 9th Circuit Court of Appeals and after a thorough review of the completed Appellants' Opening Brief, I found many procedural errors, which at such time I worked diligently, while ill, to correct the problem before filing, which took a total of about 5 court days to correct.

7.  Appellees will suffer no prejudice if the court grant Appellants' relief.  Appellants have not materially changed their position as a result of the judgment that is on appeal.  And, while the filing delay was minimal, it probably will not affect Respondents' ability to timely file their brief in opposition under their current deadline.

8.  I am more than willing to stipulate to any necessary extension of time that Respondents might request to ameliorate any actual or perceived prejudice.

I declare under penalty of perjury of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 6th day of July, 2023.

Angela Swan, Esq.
Attorney for Plaintiffs
and Appellants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 6, 2023.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Angela Swan, Esq.
Attorney for Plaintiffs
and Appellants

EXHIBIT 1

# AFTER VISIT SUMMARY



**Angela R. Swan**  MRN: ███████

📅 6/19/2023   📍 EDSB ███████

---

## Instructions



Thank you for the opportunity of providing you with emergency medical care. Please read these discharge instructions completely, if you have any questions please ask your doctor or nurse. It is very important fo you to understand that emergency care in not a substitute for complete medical care. Please follow the plan for follow-up care to see your primary physician or referral physician regarding your visit today in the emergency room. Routine immunizations, routine screening test and routine screening exams may be ordered by your primary physician. If you have any difficulty in obtaining follow-up care, please contact the emergency department for assistance.

-Take your medications as directed
-If your symptoms get worse, come back to the ER
-If your symptoms persist, you may need further testing by your PMD.
-If you had labs done in the ER today, some labs may not come back until a few days from now. Call this number to check your lab results: (888) 457 8378
-If you had x-rays or CT scans, they have been reviewed preliminarily. If any changes in treatment are indicated upon final review, you will be notified.
-Follow up with you regular doctor or make a same day appointment in 2 Days



**Read the attached information**
1. Hypokalemia (English)
2. Palpitations (English)



**REFERRAL CARDIOLOGY**
Where: SOUTH BAY MEDICAL CENTER U
Address: 25825 S VERMONT AVE HARBOR CITY CA 90710-3518
Phone: 310-325-5111
Expires: 6/19/2024 (requested)

**Schedule an appointment with SERGIO VIERA MD, M.D. as soon as possible for a visit**
Why: For recheck/reevaluation
Specialty: Family Practice
Contact: 18600 S FIGUEROA ST
        Gardena CA 90248-4505
        833-574-2273



**Follow up with Cardiology**
Why: They will call you for your appointment for event monitor placement

---

This is confidential information. Do not throw away in a Kaiser Permanente trash can.

## Today's Visit
You were seen by JOELLE TORREGROSSA MD, M.D.

### Diagnoses
- PALPITATIONS
- HYPOKALEMIA (LOW POTASSIUM LEVEL)

### Lab Tests Completed
BLOOD UREA NITROGEN (BUN)
CBC (COMPLETE BLOOD COUNT) WITH DIFFERENTIAL
CREATININE
D-DIMER FOR PULMONARY EMBOLISM
ELECTROLYTE PANEL
GLUCOSE
MAGNESIUM
PROTHROMBIN TIME (INR-INTERNATIONAL NORMALIZED RATIO)
TROPONIN I
URINALYSIS
WHITE BLOOD CELL DIFFERENTIAL

### Lab Tests in Progress
THYROID STIMULATING HORMONE (TSH)

### Imaging Tests
CT ANGIOGRAM PULMONARY
X-RAY CHEST

### Medications Given
Iohexol (OMNIPAQUE 350) Last given 6/20/2023 2:30 AM
Magnesium Sulfate Stopped 6/20/2023 1:22 AM
Potassium Chloride (K-LOR/KLOR-CON) Last given 6/20/2023 12:14 AM
Sodium Chloride 0.9 % Stopped 6/20/2023 1:30 AM

 **Blood Pressure**
120/88

 **BMI**
35.88

 **Weight**
243 lb

 **Temperature**
98.8 °F

 **Pulse**
95

 **Respiration**
14

 **Oxygen Saturation**
97%

### What's Next
**AUG 31 2023**   Physical Exam with SERGIO VIERA MD, M.D.
Thursday August 31 11:30 AM

FAMILY MEDICINE
18600 S FIGUEROA ST
GARDENA CA 90248-4505
833-574-2273

## 🏥 Your Treatment Team

Provider
**Torregrossa, Joelle (M.D.), M.D.**

Role
Attending Provider

## You are allergic to the following

Allergen
**Penicillins Class**

Reactions
Skin Rash and/or Hives

## Information on File

@ aswan217@yahoo.com

310-365-9434 (Home Phone)
310-365-9434 (Mobile)
310-365-9434 (KPNS ONLY TEXT)

20024 CLIVEDEN AVE
CARSON California 90746-5918

Preferred language: English
Date of birth: 3/11/1974
Ethnicity: American/United States
Race: Black/African American

## Changes to Your Medication List

You have not been prescribed any medications.

---

**kp.org**
View your After Visit Summary and more online at https://healthy.kaiserpermanente.org/hconline/ie/.

---

Continue taking all other medications that you reported taking during this Emergency Department visit. The above list of medications was based on information you provided at this visit.

Also,

1. Tell your healthcare provider what medications you are taking - including over the counter medications and herbal supplements.
2. Take medications as directed by your doctor. If you are given a prescription for antibiotics, it is important to take them as ordered by your doctor until they are all gone.
3. If you have additional questions about your medications, please call your doctor.
4. If you have problems that may be caused by your medications such as rash, itching, swelling, or stomach pain, call your doctor.
5. If you note any discrepancies with medications at home, please address these with your primary physician.
6. You should always keep an accurate list of all your medications with you in case of emergency..

The exam and treatment that you received today has been provided on an emergency basis only. You may return to the Emergency Department if your condition worsens or you have new concerns. Further examination and care may be required and you should coordinate this with your regular physician.



## Discharge Destination

Patient agrees to discharge destination

Discharge Destination: Home
Mode of Transportation: Private Automobile
Transportation Arrangements: Patient
Patient Disposition: N/A - Patient agrees to destination;Patient is appropriately clothed;Patient ID Band removed

**VERBALIZED UNDERSTANDING OF DISCHARGE INSTRUCTIONS AND COPY GIVEN.**

**A copy of the Discharge Instructions was printed, given to and reviewed with the patient.**

**A signature is only required for patients identified as homeless patients and evaluated and treated according to the hospital Policy For Homeless Patient Management and Discharge and/or National Policy NATL.HPHO.4**

_____          _____
**Patient Signature**                                    **Date**

_____          _____
**RN Signature**                                          **Date**

**Mental health assistance is available 24 hours a day, 7 days a week. If you need mental health assistance and are a Kaiser Permanente health plan member, please call either 911 or the Behavioral Health Helpline 1-800-900-3277. If you are not a Kaiser Permanente member call the National Suicide Prevention Lifeline 1-800-784-2433.**

# Thrive Local

## Support to Find Community Resources

At Kaiser Permanente, we are also here to support you with social needs like transportation, housing, food, and other essentials. We can partner with you to locate programs and services near you. Call 1-800-340-4231 and speak to a specialist available Monday through Friday, 8am-5pm or search for resources on your own at https://kp.org/communityresources.

# Hypokalemia

Hypokalemia means a low level of potassium in the blood. This most often occurs in people who take water pills (diuretics). It can also result from severe vomiting or diarrhea. You may also have it if you take laxatives for long periods of time. It sometimes happens if you have low magnesium (hypomagnesemia). If you have this, your healthcare provider will treat the low magnesium first.

A mild case of hypokalemia often causes no symptoms. It is only found with blood testing. More severe potassium loss causes:

- Overall weakness
- Muscle or stomach cramps
- Rapid or irregular heartbeats (heart palpitations)
- Low blood pressure
- Muscle weakness
- Short-term paralysis in some people

**Home care**

- Take any potassium supplements as prescribed.
- Eat foods rich in potassium. High amounts of potassium are found in baked potatoes, baked sweet potatoes, spinach, cantaloupe, cod, halibut, salmon, and scallops. White, red, or pinto beans are also very good sources. So, too, are avocados, orange juice, bananas, carrots, and tomato juice.
- If you take certain types of diuretics, you will also need to take potassium supplements. Talk with your healthcare provider.

**Follow-up care**

Follow up with your healthcare provider for a repeat blood test within the next week, or as advised by our staff.

**When to seek medical advice**

Call your healthcare provider right away if you have:

- Increased weakness, fatigue, or muscle cramps
- Dizziness

**Call 911**

Call 911 if you have:

- Irregular heartbeat, extra beats, or very fast heart rate
- Loss of consciousness

**StayWell last reviewed this educational content on** 6/1/2020

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

📎 Attached Information　　　　　　　　　　　　　　　　　　　　Palpitations (English)

## Heart Palpitations



Palpitations are the feeling that your heart is beating hard, fast, or irregular. Some describe it as "pounding," "flip-flopping in the chest," or "skipped beats." Palpitations may occur in someone with heart disease. But they can also occur in a healthy person.

Heart-related causes:

- Heart rhythm problem (arrhythmia)
- Heart valve disease
- Disease of the heart muscle (cardiomyopathy)
- Coronary artery disease
- High blood pressure

Non-heart-related causes:

- Certain medicines such as asthma inhalers and decongestants
- Some herbal supplements, energy drinks and pills, and weight loss pills
- Illegal stimulant drugs such as cocaine, crank, methamphetamine, PCP, and ecstasy
- Caffeine, alcohol, and tobacco
- Health conditions such as thyroid disease, anemia, anxiety, and panic disorder

Sometimes the cause can't be found.

### Home care

Follow these home care tips:

- Don't use too much caffeine, alcohol, or tobacco, or any stimulant drugs.
- Tell your doctor about any prescription or over-the-counter or herbal medicines you take.


This is confidential information. Do not throw away in a Kaiser Permanente trash can.

### Follow-up care

- Follow up with your doctor, or as advised.

### Call 911

This is the fastest and safest way to get to the emergency department. The paramedics can also start treatment on the way to the hospital, if needed.

Don't wait until your symptoms are severe to call 911. These are reasons to call 911:

- Chest pain
- Shortness of breath
- Feeling lightheaded, faint, or dizzy, or losing consciousness
- Very irregular heartbeat
- Rapid heartbeat that makes you uncomfortable
- Slower than usual heart rate along with symptoms
- Chest pain with weakness, dizziness, heavy sweating, nausea, or vomiting
- Extreme drowsiness, confusion, or weakness
- Weakness of an arm or leg, or on one side of the face
- Trouble with speech or vision

### When to seek medical advice

Call your healthcare provider right away if you have palpitations that last longer than normal, or are different from your past palpitations.

**StayWell last reviewed this educational content on** 1/1/2022

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Angela R. Swan (MRN: ⬛⬛⬛⬛) • Printed at 6/20/2023 2:50 AM          Page 7 of 8   Epic

This is confidential information. Do not throw away in a Kaiser Permanente trash can.

Dear Angela Rena Swan,

On the following pages are two copies of your Kaiser Permanente Work Status Report. The first copy includes your diagnosis and the second does not.

Thank you,
Kaiser Permanente

---

# KAISER PERMANENTE® thrive

**This form contains your diagnosis.**

MATEO, ANNA PATRICIA (N.P.)
25965 S NORMANDIE AVE
HARBOR CITY CA 90710-3416
310-325-5111

**Patient Name:** Swan,Angela Rena
**Encounter Date:** 5/22/2023

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**DIAGNOSIS:** CHEST PAIN
**Reason for Off Work:** Incapacitating Injury or Pain

**Off Work**
This patient is placed off work from 5/22/2023 through 5/23/2023

This form has been electronically signed and authorized by MATEO, ANNA PATRICIA (N.P.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

---

# KAISER PERMANENTE® thrive

MATEO, ANNA PATRICIA (N.P.)
25965 S NORMANDIE AVE
HARBOR CITY CA 90710-3416
310-325-5111

**Patient Name:** Swan,Angela Rena

**Encounter Date:** 5/22/2023

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**

**Next Appointment Date:**

**Off Work**

This patient is placed off work from 5/22/2023 through 5/23/2023

This form has been electronically signed and authorized by MATEO, ANNA PATRICIA (N.P.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

*This letter was originally viewed by Angela Rena Swan on 6/19/2023 11:36 PM.*

To print this page: Use your browser's **Print** button, or select **File** then **Print** from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the **Close** button below.

**Member name:** Angela Rena Swan
**Date of birth:** 3/11/1974
**Primary care physician:** SERGIO VIERA MD, M.D.
**Date printed:** 6/27/2023

Notes

Notes

Progress Notes by PATRICIA ANN NAYLOR NP at 6/22/2023  2:00 PM

Status: Signed

SUBJECTIVE:

Chief Complaint
Patient presents with
 • EMERGENCY ROOM FOLLOW UP
Was seen in the er for rapid heart rate-unsure what is causing it.She is an Atourney and runs several offices does not sleep well-using her Albuterol  inhlaer more now.Thinks she is more anxious. Declines caffeine or energy drinks.

Past Medical History:
| Diagnosis | Date |
| --- | --- |
| • ASTHMA, PERSISTENT CONTROLLED.. | 8/26/2004 |
| • OBESITY (BMI 30-39.9). | 10/11/2004 |

Outpatient Medications Marked as Taking for the 6/22/23 encounter (Office Visit) with Naylor, Patricia Ann (N.P.), N.P.
| Medication | Sig |
| --- | --- |
| • Albuterol (PROAIR/PROVENTIL/VENTOLIN) 90 mcg/actuation Inhl HFAA | Inhale 2 Puffs by mouth every 4 hours as needed for quick relief of asthma symptoms |
| • Hydrocortisone 2.5 % Top Oint | APPLY TO AFFECTED AREA(S) on face BID until smooth |

on face BID until smooth

**BP Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/22/23 | 136/89 |
| 06/20/23 | 120/88 |
| 05/22/23 | 126/87 |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  Appearance: Normal appearance.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Neurological:
  Mental Status: She is alert.

**Vitals:**

| | 06/22/23 1337 | 06/22/23 1347 | 06/22/23 1423 |
|---|---|---|---|
| BP: | (!) 143/96 | (!) 152/92 | 136/89 |
| BP Patient Position: | SITTING | SITTING | SITTING |
| BP Location: | RA-RIGHT ARM | RA-RIGHT ARM | RA-RIGHT ARM |
| Cuff Size: | Large Adult | Large Adult | Large Adult |
| Pulse: | 109 | (!) 114 | 97 |
| Pulse: | 109 | (!) 114 | 97 |
| Temp: | 98 °F (36.7 °C) | | |
| TempSrc: | Temporal | | |
| SpO2: | 100% | | |
| Weight: | 236 lb 9.6 oz (107.3 kg) | | |
| Height: | 5' 9" (1.753 m) | | |

Reviewed ER note

ASSESSMENT:
1.  PALPITATIONS
2.  BLOOD PRESSURE ELEVATION
3.  FOLLOW UP AFTER ED VISIT

PLAN:
Get holter
avoid caffeine
Increase fluids
Watch albuterol use
Keep primary car MD follow up
B/p check in 1 week

Strict Er precautions discussed

## Patient Instructions

Patient Education
## Your Kaiser Permanente Care Instructions

## Palpitations: Care Instructions
## Your Care Instructions



Heart palpitations are the uncomfortable sensation that your heart is beating fast or irregularly. You might feel pounding or fluttering in your chest. It might feel like your heart is skipping a beat.

Although palpitations may be caused by a heart problem, they also occur because of stress, fatigue, or use of alcohol, caffeine, or nicotine. Many medicines, including diet pills, antihistamines, decongestants, and some herbal products, can cause heart palpitations. Nearly everyone has palpitations from time to time.

Depending on your symptoms, your doctor may need to do more tests to try to find the cause of your palpitations.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Avoid caffeine, nicotine, and excess alcohol.
- Do not take illegal drugs, such as methamphetamines and cocaine.
- Do not take weight loss or diet medicines unless you talk with your doctor first.
- Get plenty of sleep.
- Do not overeat.
- If you have palpitations again, take deep breaths and try to relax. This may slow a racing heart.
- If you start to feel lightheaded, lie down to avoid injuries that might result if you pass out and fall down.
- Keep a record of your palpitations and bring it to your next doctor's appointment. Write down:
  - The date and time.

- Your pulse. (If your heart is beating fast, it may be hard to count your pulse.)
- What you were doing when the palpitations started.
- How long the palpitations lasted.
- Any other symptoms.
- If an activity causes palpitations, slow down or stop. Talk to your doctor before you do that activity again.
- Take your medicines exactly as prescribed. Call your doctor if you think you are having a problem with your medicine.

## When should you call for help?

Call 911 anytime you think you may need emergency care. For example, call if:

- You passed out (lost consciousness).
- You have symptoms of a heart attack. These may include:
  - Chest pain or pressure, or a strange feeling in the chest.
  - Sweating.
  - Shortness of breath.
  - Pain, pressure, or a strange feeling in the back, neck, jaw, or upper belly or in one or both shoulders or arms.
  - Lightheadedness or sudden weakness.
  - A fast or irregular heartbeat.

After you call 911, the operator may tell you to chew 1 adult-strength or 2 to 4 low-dose aspirin. Wait for an ambulance. Do not try to drive yourself.

- You have symptoms of a stroke. These may include:
  - Sudden numbness, tingling, weakness, or loss of movement in your face, arm, or leg, especially on only one side of your body.
  - Sudden vision changes.

Appointments > **Appointment Details**

# Monday, Jul 31, 3:00 pm



Office visit - CARDIOLOGY DEPARTMENT
CLN HOLTER/EVENT MONITOR

## Appointment information

### Estimated copayment

$0.00

A visit payment may be due at check-in. Unplanned services received during the appointment may be billed later.

## Care team resources



**Cln Holter/event Monitor**
CARDIOLOGY

## Location