**FILED**

JUL 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LARRY GRANT, on his own behalf and on behalf of his minor child, P.C., Individuals,<br><br>  Plaintiff-Appellant,<br> and<br><br>P. C., Individual Guardian Ad Litem Larry Grant,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LONG BEACH; et al.,<br><br>  Defendants-Appellees,<br> and<br><br>DOES, 1 through 15 Inclusive,<br><br>  Defendant. | No. 22-56121<br><br>D.C. No. 2:21-cv-06666-JVS-JEM<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| LARRY GRANT, on his own behalf and on behalf of his minor child, P.C., Individuals,<br><br>  Plaintiff,<br> and<br><br>P. C., Individual Guardian Ad Litem Larry Grant,<br><br>  Plaintiff-Appellant,<br><br>  v. | No. 22-56143<br><br>D.C. No. 2:21-cv-06666-JVS-JEM |

OSA133

CITY OF LONG BEACH; et al.,

    Defendants-Appellees.

The appellants' motion (Docket Entry No. 20) for leave to file the consolidated opening brief late is granted. The Clerk will file the consolidated opening brief (Docket Entry No. 16).

The consolidated answering brief is due July 31, 2023. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

The appellants are reminded that all requests for relief from this court should state the position of opposing counsel. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5).

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT