UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LARRY GRANT, on his own behalf and on behalf of his minor child, P.C., Individuals, P. C., Individual Guardian Ad Litem Larry Grant,

      Plaintiffs - Appellants,

 v.

CITY OF LONG BEACH; et al.,

      Defendants - Appellees,

 and

DOES, 1 through 15 Inclusive,

      Defendant.

Nos. 22-56121, 22-56143

D.C. No. 2:21-cv-06666-JVS-JEM
U.S. District Court for Central California, Los Angeles

**ORDER**

The opening brief submitted on June 29, 2023 is filed.

Within 7 days of this order, appellants are ordered to file 6 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on June 29, 2023 are filed. Within 7 days of this order, appellants are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT