| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 27 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LARRY GRANT, on his own behalf and on behalf of his minor child, P.C., Individuals,

   Plaintiff-Appellant,

 and

P. C., Individual Guardian Ad Litem Larry Grant,

   Plaintiff,

 v.

CITY OF LONG BEACH; et al.,

   Defendants-Appellees,

 and

DOES, 1 through 15 Inclusive,

   Defendant.

No. 22-56121

D.C. No.
2:21-cv-06666-JVS-JEM
Central District of California,
Los Angeles

ORDER

---

LARRY GRANT, on his own behalf and on behalf of his minor child, P.C., Individuals,

   Plaintiff,

 and

P. C., Individual Guardian Ad Litem Larry Grant,

No. 22-56143

D.C. No.
2:21-cv-06666-JVS-JEM

-

> Plaintiff-Appellant,
>
> v.
>
> CITY OF LONG BEACH; et al.,
>
> Defendants-Appellees.

At oral argument, Plaintiffs' counsel should be prepared to discuss counsel's citation to *Smith v. City of Oakland*, 731 F.3d 1222, 1231 (11th Cir. 2013) and *Jones v. Williams*, 791 F.2d 1024 (9th Cir. 1986) in Plaintiffs' brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT